UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-61927-RS

**GREGORY ZIMMERMAN,**

**Plaintiff,**

v.

**LVNV FUNDING, LLC,**

**Defendant.**
_____/

## PROPOSED SCHEDULING ORDER SETTING
## CIVIL TRIAL DATE AND PRETRIAL SCHEDULE

THIS CAUSE is set for trial during the Court's two-week trial calendar beginning on 01/11/2027. If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The Calendar Call will be held at 9:00 a.m. on Tuesday, January 5, 2027. The parties shall adhere to the following schedule:

1. Joinder of any additional parties and filing of motion to amend the pleadings by — 12/05/2025

2. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by — 12/12/2025

3. Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by — 05/15/2026

4. Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by — 06/01/2026

5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by — 06/19/2026

6. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by — 11/06/2026

7. Fact discovery shall be completed by — 05/29/2026

8. Expert discovery shall be completed by — 06/30/2026

9. Mediation shall be completed by [no more than one month after the close of discovery] — 06/30/2026

10. Dispositive motions, including summary judgment and Daubert, shall be filed by [at least four months before the date for filing the Pretrial Stipulation] — 07/31/2026

11. Deposition designations and counter designations shall be filed by [at least two months before Trial date] The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. Failure to comply with deadline and the meet and confer may result in objections being stricken or other appropriate sanctions. — 11/06/2026

12. All pretrial motions and memoranda of law, including motions in limine, shall be filed by [at least one month before Trial date] Prior to filing any motions in limine, the parties shall meet and confer in a good faith effort to resolve any issues. If a party has multiple motions in limine, they shall be filed as a single omnibus motion. All motions in limine and the responses shall be limited to one page per issue. No replies shall be permitted. — 12/04/2026

13. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by [at least one month before Trial date] When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate — 12/04/2026

which party has proposed the specific instruction. The parties shall meet and confer prior to submitting the deposition designations and counter designations in a good faith effort to resolve objections.

Respectfully submitted,

By:  /s/ *Kerry M. Tibor*
Kerry M. Tibor, Esq.
Florida Bar #: 126848
Credo Legal Services, PA
1200 Riverplace Blvd.
Ste. 105-1443
Jacksonville, FL 32207
Direct No.: 904-204-3328
kerry@credolegal.com
serviceFL@credolegal.com

*Attorneys for Plaintiff*

By: /s/ *John M. Marees II*
Messer Strickler Burnette, Ltd.
Lauren M. Burnette, Esquire
FL Bar No. 0120079
John M. Marees II, Esquire
FL Bar No. 069879
1400 Marsh Landing Parkway
Suite 109
Jacksonville, FL 32250
(904) 901-6369
lburnette@messerstrickler.com
jmarees@messerstrickler.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of October, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

DATED **October 13, 2025**

**By: /s/ Kerry M. Tibor**
KERRY M. TIBOR, ESQ.
Florida Bar #: 126848

*Attorney for Plaintiff*

**Credo Legal Services, PA**
1200 Riverplace Blvd. Ste. 105-1443
Jacksonville, FL 32207
Customer Service: 212-461-4026
Direct No.: 904-204-3328
kerry@credolegal.com
serviceFL@credolegal.com